

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00269-CV

| | | |
|---|---|---|
| Monica Misczak | § | From County Court at Law No. 1 |
| v. | § | of Tarrant County (2015-001246-1) |
| Deutsche Bank National Trust Company, As Trustee For CDC Mortgage Capital Trust 2002-HE1, | § | April 7, 2016 |
| Mortgage Pass-Through Certificates, Series 2002-HE1 | § | Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no reversible error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Monica Misczak shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Sue Walker_____
Justice Sue Walker